## IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

COMMONWEALTH OF PENNSYLVANIA     :     No. 139 MM 2019
EX REL JAMAR M. COOK,     :

    : 

           Petitioner     :

    :

    :

           v.     :

    :

    :

    :

PENNSYLVANIA BOARD OF PROBATION     :
AND PAROLE,     :

    :

           Respondent     :

## ORDER

**PER CURIAM**

      **AND NOW**, this 6th day of January, 2020, the Application for Leave to File Original Process is GRANTED, and the "Amended Petition for Writ of Habeas Corpus" is DENIED.